CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY LEWIS, | CASE NO. 2:17-cv-00661-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND MOTION DEADLINE**<br>(First Request) |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendants. | |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the motion deadline three (3) weeks from the current deadline of January 25, 2018, up to and including February 15, 2018. This is the first request to extend the motion deadline. This request is made in good faith for the reasons described below and not for any reason of delay.

The parties are waiting for at least one deposition transcript for a deposition conducted before the close of discovery. Moreover, counsel have discussed a potential resolution of the matter and Plaintiff's counsel is currently scheduled to meet with Plaintiff on January 17th to discuss such. The parties request this short extension to the motion deadline to allow sufficient time for counsel to fully explore a potential resolution before having to file dispositive motions.

1     Therefore, the parties respectfully request that the motion
2 deadline be extended three (3) weeks up to and including February
3 15, 2018.

5     DATED this 11th day of January, 2018.

7     CLARK COUNTY SCHOOL DISTRICT
    Office of the General Counsel

By: /s/ S. Scott Greenberg    By: /s/ Kirk T. Kennedy
    S. SCOTT GREENBERG         KIRK T. KENNEDY
    Nevada Bar No. 4622        Nevada Bar No. 5032
    5100 W. Sahara Ave.        815 S. Casino Center Blvd.
    Las Vegas, Nevada 89146    Las Vegas, NV 89101
    (702) 633-8911             (702) 385-5534
    Attorney for CCSD         Attorney for Plaintiff

**IT IS SO ORDERED:**

Date: January 19, 2018                     /s/
                                        U.S. MAGISTRATE JUDGE